# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 75 MM 2015
:
              Respondent     :
:
:
:
:
           v.           :
:
:
:
MARIO ABREU,           :
:
              Petitioner      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of July, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.